

Mester and Schwartz, P.C
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

**Order Filed on October 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

ATTORNEY FOR OBJECTING PARTY: CONSUMER PORTFOLIO SERVICES

IN THE BANKRUPTCY COURT FOR THE
DISTRICT OF NEW JERSEY (TRENTON)
HONORABLE MICHAEL B. KAPLAN

| | | |
|---|---|---|
| In re: | : | Case No. 17-14134-MBK |
| | : | |
| LEONARD L. LASHLEY, | : | Chapter 13 |
| | : | |
| Debtors, | : | Related to Doc. No. 21 |
| | : | |

CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13
PLAN DATED MARCH 1, 2017

The relief set forth on the following pages, number two (2) through four (4) is hereby

ORDERED.

**DATED: October 11, 2017**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Debtor will file an amended plan paying the Secured Creditor's entire claim in full in the amount of $13,027 at 5.25% interest for 60 months, with monthly payments in the amount of $247.00 per month for a total of $14,840, through the plan.

We hereby Consent to the form and entry of the foregoing Order.

| /s/ _____ <br> Eric Clayman, Esq. <br> Jenkins & Clayman <br> 412 White Horse Pike <br> Audubon, NJ 08106 <br> 856-546-9696 <br> Email: jenkins.clayman@verizon.net | /s/ _____ <br> Jason Brett Schwartz, Esq. <br> Mester and Schwartz, P.C. <br> 1333 Race Street <br> Philadelphia, PA 19107 <br> (267) 909-9936 |
|---|---|

BY