Mester and Schwartz, P.C  
Jason Brett Schwartz, Esquire  
Bar No. 4217  
1333 Race Street  
Philadelphia, PA 19107  
(267) 909-9036  

**Order Filed on October 11, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

ATTORNEY FOR OBJECTING PARTY: CONSUMER PORTFOLIO SERVICES

IN THE BANKRUPTCY COURT FOR THE  
DISTRICT OF NEW JERSEY (TRENTON)  
HONORABLE MICHAEL B. KAPLAN  

| | |
|---|---|
| In re: | Case No. 17-14134-MBK |
| LEONARD L. LASHLEY, | Chapter 13 |
| Debtors, | Related to Doc. No. 21 |

CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN DATED MARCH 1, 2017

The relief set forth on the following pages, number two (2) through four (4) is hereby ORDERED.

**DATED: October 11, 2017**

_____  
Honorable Michael B. Kaplan  
United States Bankruptcy Judge

The Debtor will file an amended plan paying the Secured Creditor's entire claim in full in the amount of $13,027 at 5.25% interest for 60 months, with monthly payments in the amount of $247.00 per month for a total of $14,840, through the plan.

We hereby Consent to the form and entry of the foregoing Order.

| /s/ *[signature]* <br> Eric Clayman, Esq. <br> Jenkins & Clayman <br> 412 White Horse Pike <br> Audubon, NJ 08106 <br> 856-546-9696 <br> Email: jenkins.clayman@verizon.net | /s/ *[signature]* <br> Jason Brett Schwartz, Esq. <br> Mester and Schwartz, P.C. <br> 1333 Race Street <br> Philadelphia, PA 19107 <br> (267) 909-9936 |

BY

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-14134-MBK
Leonard L. Lashley                                                    Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Oct 12, 2017
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2017.
db             +Leonard L. Lashley,    395 Bunting Avenue,    Hamilton, NJ 08611-3205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2017 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Brian C. Nicholas     on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon     on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric   Clayman     on behalf of Debtor Leonard L.  Lashley jenkins.clayman@verizon.net
          Jason Brett Schwartz     on behalf of Creditor    Consumer Portfolio Services
           jschwartz@mesterschwartz.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                 TOTAL: 6