Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.: 17−14134−MBK
                    Chapter: 13
                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Leonard L. Lashley
   395 Bunting Avenue
   Hamilton, NJ 08611

Social Security No.:
   xxx−xx−2818

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/22/19 at 09:00 AM

to consider and act upon the following:

*45* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 12/27/2018. (Attachments: # 1 Proposed Order) (Russo, Albert)


Dated: 12/21/18

                                  Jeanne Naughton
                                  Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Leonard L. Lashley  
    Debtor

Case No. 17-14134-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 21, 2018  
                 Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2018.  
db          +Leonard L. Lashley,   395 Bunting Avenue,    Hamilton, NJ 08611-3205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2018 at the address(es) listed below:  
            Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
            Albert   Russo    docs@russotrustee.com  
            Brian C. Nicholas    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Eric   Clayman    on behalf of Debtor Leonard L. Lashley jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
            Jason Brett Schwartz    on behalf of Creditor    Consumer Portfolio Services jschwartz@mesterschwartz.com  
            Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
            Stephanie F. Ritigstein    on behalf of Debtor Leonard L. Lashley jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                         TOTAL: 9