Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 17−14134−MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Leonard L. Lashley
   395 Bunting Avenue
   Hamilton, NJ 08611

Social Security No.:
   xxx−xx−2818

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/23/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 24, 2019
JAN: bwj

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-14134-MBK
Leonard L. Lashley                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Jan 24, 2019
                              Form ID: 148             Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2019.
```
db             +Leonard L. Lashley,    395 Bunting Avenue,    Hamilton, NJ 08611-3205
cr             +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516679124      +AT&T -ROC,    Attn: DIRECTV,    PO BOX 5007,    Carol Stream, IL 60197-5007
516867689      +Bank of America N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516679126      +Capital One, N.A./Kohl's Department Stor,    c/o Mercantile,
                 165 Lawrence Bell Drive, Suite 100,    Buffalo, NY 14221-7900
516679127      +Captial One/Kohl's Department Store,    c/o ERC,    P.O. BOX 23870,    Jacksonville, FL 32241-3870
516679129      +Citi Financial/ Greentree,    P.O. BOX 7169,    Pasadena, CA 91109-7169
516679134      +Consumer Portfolio Service Auto,    19500 Jamboree Rd,    Irvine, CA 92612-2411
516679135      +Convergent Commercial, Inc.,    925 Westchester Avenue, Suite 101,
                 West Harrison, NY 10604-3562
516802328      +Credit Union of New Jersey,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
516679138      +Delaware Valley Pediatric Associates,    132 Franklin Corner Road,
                 Lawrence Township, NJ 08648-2523
516679139       Diagnostic Imaging of SJ, PC,    Lockbox #7746,    PO Box 8500,    Philadelphia, PA 19178-7746
516679140      +Ditech,    c/o KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,    Collingswood, NJ 08108-2812
516807139      +Ditech Financial LLC,    2100 East Elliot Rd.,    Bldg. 94, Department T-120,
                 Tempe, AZ 85284-1806
516679141      +Ditech Financial LLC,    PO BOX 7153,    Pasadena, CA 91109-7153
516679143      +Express Scripts,    8931 Springdale Avenue, Suite A,    Saint Louis, MO 63134-4827
516679145      +F.H. Cann & Associates, Inc.,    1600 Osgood Street, Suite 20-2/120,
                 North Andover, MA 01845-1048
516679150      +Kessel Dermatology,    c/o Medical Bill Group, LLC,    115 West Avenue, Suite 125,
                 Jenkintown, PA 19046-2031
516777437      +NJM Ins. Group,    301 Sullivan Way,    W. Trenton, NJ 08628-3406
516679151      +Navient,    P.O. BOX 9000,    Wilkes Barre, PA 18773-9000
516679155      +RMB, Inc.,    Attn.: Payment Processing,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
516679154      +Reliance Medical Group,    22 North Franklin Avenue,    2nd Floor,    Pleasantville, NJ 08232-2547
516679156      +Robert Wood Johnson Univ. Hosp. Hamilton,    P.O. BOX 48025,    Newark, NJ 07101-4825
516679157      +Synchrony Bank/Crown Asset Mgt,    c/o P&B Capital,    455 Center Road,    Buffalo, NY 14224-2100
516679160      +Timeshare c/o Greenspoon Marder,    FCRS Timseshare Dept.,    Trade Centre South, Suite 700,
                 100 W. Cypress Creek Road,    Fort Lauderdale, FL 33309-2181
517805270      +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
517805271      +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
                 Oklahoma City, OK  73134,    U.S. Bank Trust, N.A., as Trustee for LS,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
517315618      +eCAST Settlement Corporation,    c/o Becket and Lee LLP,    PO Box 3002,    Malvern PA 19355-0702
517315619      +eCAST Settlement Corporation,    c/o Becket and Lee LLP,    PO Box 3002,    Malvern PA 19355-1245,
                 eCAST Settlement Corporation,    c/o Becket and Lee LLP 19355-0702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 24 2019 22:36:36      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 24 2019 22:36:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516679125      +E-mail/Text: bankruptcy@fncbinc.com Jan 24 2019 22:36:22      AT&T/DIRECTV,
                 c/o First National Collection Bureau,    610 Waltham Way,    Sparks, NV 89437-6695
516679121      +EDI: ALLIANCEONE.COM Jan 25 2019 03:28:00      Alliance One Receivables Mgmt.,    P.O. BOX 3100,
                 Southeastern, PA 19398-3100
516679122      +EDI: RMCB.COM Jan 25 2019 03:28:00      American Medical Collection Agency,
                 4 Westchester Plaza, Building 4,    Elmsford, NY 10523-1615
516679123      +E-mail/Text: bky@americanprofit.net Jan 24 2019 22:36:40      American Profit Recovery,
                 34405 West 12 Mile Road, Suite 379,    Farmington, MI 48331-5608
516679137       E-mail/Text: bankruptcy@cunj.org Jan 24 2019 22:36:33      Credit Union of NJ,
                 7 Dunmore Avenue,    Trenton, NJ 08618
516679136       E-mail/Text: bankruptcy@cunj.org Jan 24 2019 22:36:33      Credit Union of New Jersey,
                 7 Dunmore Avenue,    Ewing, NJ 08618-1937
516918135       EDI: BL-BECKET.COM Jan 25 2019 03:28:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
516679128      +EDI: MID8.COM Jan 25 2019 03:28:00      Citi Bank, NA,    c/o Midland Funding,
                 2365 Northside Drive, Ste 300,    San Diego, CA 92108-2709
516679130      +EDI: PRA.COM Jan 25 2019 03:28:00      CitiBank N.A.,    c/o Portfolio Recover Associates,
                 P.O. BOX 12914,    Norfolk, VA 23541-0914
516679131      +E-mail/Text: ering@cbhv.com Jan 24 2019 22:36:34      Collection Bureau of the Hudson Valley,
                 P.O. BOX 831,    Newburgh, NY 12551-0831
516679132      +E-mail/Text: pmiller@conradco.com Jan 24 2019 22:36:35      Conrad Credit Corporation,
                 P.O. BOX 469108,    Escondido, CA 92046-9108
```

```
District/off: 0312-3          User: admin              Page 2 of 3         Date Rcvd: Jan 24, 2019
                              Form ID: 148             Total Noticed: 67


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516679133          E-mail/Text: bankruptcy@consumerportfolio.com Jan 24 2019 22:36:38
                    Consumer Portfolio Service,    PO Box 57071,    Irvine, CA 92619-7071
516679142         +E-mail/Text: bankruptcy.bnc@ditech.com Jan 24 2019 22:36:29       Ditech Financial LLC,
                    345 St. Peter Street, Suite 600,    Saint Paul, MN 55102-4404
516741697          E-mail/Text: bankruptcy.bnc@ditech.com Jan 24 2019 22:36:29
                    Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                    Rapid City, South Dakota 57709-6154
516679144         +E-mail/Text: Bankruptcies@nragroup.com Jan 24 2019 22:36:48        Express Scripts,
                    c/o National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
516679146         +EDI: BLUESTEM Jan 25 2019 03:28:00      Fingerhut Advantage,     PO BOX 166,
                    Newark, NJ 07101-0166
516679147         +EDI: AMINFOFP.COM Jan 25 2019 03:28:00       First Premier Bank,    3820 N. Louise Avenue,
                    Sioux Falls, SD 57107-0145
516679148          EDI: FSAE.COM Jan 25 2019 03:28:00      Firstsource Advantage LLC,    PO Box 628,
                    Buffalo, NY 14240-0628
516679149         +EDI: IIC9.COM Jan 25 2019 03:28:00       IC System,    P.O. BOX 64437,    Saint Paul, MN 55164-0437
516868841         +EDI: MID8.COM Jan 25 2019 03:28:00      MIDLAND FUNDING LLC,    PO Box 2011,
                    Warren, MI 48090-2011
516870886          EDI: NAVIENTFKASMSERV.COM Jan 25 2019 03:28:00       Navient PC Trust,
                    c/o Navient Solutions, LLC,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
516748643          EDI: AGFINANCE.COM Jan 25 2019 03:28:00       ONEMAIN FINANCIAL,    P.O. BOX 3251,
                    EVANSVILLE, IN 47731-3251
516679152         +EDI: AGFINANCE.COM Jan 25 2019 03:28:00       OneMain,    PO BOX 9001122,
                    Louisville, KY 40290-1122
516679153         +EDI: AGFINANCE.COM Jan 25 2019 03:28:00       OneMain Financial,    6801 Colwell Boulevard,
                    C/S Care Department,    Irving, TX 75039-3198
517139090          EDI: PRA.COM Jan 25 2019 03:28:00      Portfolio Recovery Associates, LLC,     PO Box 41067,
                    Norfolk, VA 23541
517139091          EDI: PRA.COM Jan 25 2019 03:28:00      Portfolio Recovery Associates, LLC,     PO Box 41067,
                    Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
516922122         +EDI: JEFFERSONCAP.COM Jan 25 2019 03:28:00       Premier Bankcard, Llc,
                    c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516744204          EDI: Q3G.COM Jan 25 2019 03:28:00      Quantum3 Group LLC as agent for,
                    Crown Asset Management LLC,    PO Box 788,    Kirkland, WA 98083-0788
516934319          EDI: Q3G.COM Jan 25 2019 03:28:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                    PO Box 788,    Kirkland, WA 98083-0788
516685211          EDI: AIS.COM Jan 25 2019 03:28:00       Spot Loan,    by American InfoSource LP as agent,
                    PO Box 248838,    Oklahoma City, OK 73124-8838
516682724         +EDI: RMSC.COM Jan 25 2019 03:28:00       Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                    PO Box 41021,    Norfolk, VA 23541-1021
516679158         +EDI: FSAE.COM Jan 25 2019 03:28:00       TD Bank/Target Credit Card,
                    c/o FirstSource Advantage, LLC,    P.O BOX 628,    Buffalo, NY 14240-0628
516679159          E-mail/Text: epr@telecheck.com Jan 24 2019 22:36:50       Telecheck Services,    P.O. BOX 60012,
                    City of Industry, CA 91716
516868469         +EDI: AIS.COM Jan 25 2019 03:28:00       Verizon,    by American InfoSource LP as agent,
                    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516679162          EDI: WESTASSET.COM Jan 25 2019 03:28:00       West Asset Management Inc.,    PO Box 790113,
                    Saint Louis, MO 63179-0113
                                                                                               TOTAL: 37

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516679161          Township of Hamilton
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019                                           Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                 Page 3 of 3           Date Rcvd: Jan 24, 2019
                              Form ID: 148                Total Noticed: 67
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    DITECH FINANCIAL LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Leonard L. Lashley jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jason Brett Schwartz    on behalf of Creditor    Consumer Portfolio Services
               jschwartz@mesterschwartz.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Stephanie F. Ritigstein    on behalf of Debtor Leonard L. Lashley jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```